UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

APR 20 2026 AM11:13
FILED-USDC-CT-HARTFORD

Jennifer Douyard, Individually

Plaintiff

v.

CAPITAL REGION EDUCATION COUNCIL (CREC),

Defendant

**COMPLAINT**

**I. INTRODUCTION**

1. This action arises from Defendant's retaliation against Plaintiff for engaging in protected activity advocating for the safety and rights of her child, a student with significant disabilities.

2. Following Plaintiff's advocacy, Defendant engaged in conduct that undermined Plaintiff, interfered with her ability to advocate, and resulted in a breakdown in trust and the removal of the student from the program.

**II. JURISDICTION AND VENUE**

3. This action arises under Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

4. This Court has jurisdiction under 28 U.S.C. § 1331.

5. Venue is proper in this District.

**III. PARTIES**

6. Plaintiff is the parent of a student with significant disabilities and has engaged in protected activity advocating for the student's safety and rights.

7. Defendant, Capital Region Education Council (CREC), operates educational programs and receives federal financial assistance.

1

## IV. FACTUAL ALLEGATIONS

8. On March 10, 2023, a serious injury incident occurred at Defendant's program involving the student for whom Plaintiff was advocating.

9. Following that incident, Plaintiff engaged in protected activity, including raising concerns regarding safety, questioning the accuracy of reporting, and requesting compliance with applicable requirements.

10. Defendant was aware of Plaintiff's protected activity.

11. After this protected activity, Defendant engaged in a course of conduct directed at Plaintiff that included providing inconsistent or incomplete information, minimizing reported events, and otherwise undermining Plaintiff's credibility and advocacy.

12. During this period, Defendant's representatives communicated information about Plaintiff to third parties that was inaccurate, misleading, and inconsistent with the factual record, and that undermined Plaintiff's credibility following her protected activity.

13. On or about April 27, 2023, a subsequent incident occurred. The reporting and handling of that incident reflected inconsistencies and departures from prior practice.

14. Defendant's conduct caused Plaintiff to reasonably fear for the student's safety and well-being.

15. Defendant's conduct began following Plaintiff's protected activity on March 10, 2023, continued through the April 27, 2023 incident, and persisted thereafter as part of an ongoing and coordinated pattern of actions directed at Plaintiff, culminating in a breakdown in trust and Plaintiff's decision to remove the student from the program after ten years due to safety concerns.

## V. COUNT I — RETALIATION (SECTION 504)

16. Plaintiff incorporates the preceding paragraphs.

17. Plaintiff engaged in protected activity under Section 504.

18. Defendant knew of that activity.

19. Defendant subjected Plaintiff to materially adverse actions that would deter a reasonable person from engaging in protected activity.

2

20. The adverse actions were causally connected to Plaintiff's protected activity.

21. Defendant's conduct was intentional or demonstrated deliberate indifference.


## VI. DAMAGES

22. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered harm.

23. The full extent of Plaintiff's damages will be established through discovery.


## VII. TIMELINESS

24. The conduct described constitutes a continuing course of action beginning on March 10, 2023, including the April 27, 2023 incident, and continuing thereafter.

25. Plaintiff brings this action within the applicable statute of limitations.


## VIII. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court award compensatory damages, attorney's fees and costs, and such other relief as the Court deems proper.


## IX. JURY DEMAND

Plaintiff demands a trial by jury.

SIGNATURE

Jennifer Douyard

392 Milford Street, Burlington, CT 06013

860-378-9542

Jenniferd111@yahoo.com


Pro Se Plaintiff